### JONAS *v.* FEIST.

*(Superior Court of New York City, General Term. April 15, 1889.)*

APPEAL—REVIEW—PRACTICE.
    On appeal from a judgment entered on the verdict of a jury, only errors of law arising on exceptions taken at the trial can be considered, and, where the only exception appearing in the record is to an order denying a motion for a new trial, the judgment will be affirmed, as such motion is subsequent to the trial.

Appeal from jury term.
Action by Solomon Jonas against Simon Feist. A judgment was entered on a verdict for plaintiff, and defendant appeals.
Argued before TRUAX and DUGRO, JJ.
*Howe & Hummel,* for appellant. *Jacob Marks,* for respondent.

DUGRO, J. This is an appeal from a judgment entered on the verdict of a jury. Errors of law arising on exceptions taken at the trial are therefore alone before the court for consideration. The only exception which appears in the case is one to an order denying a motion for a new trial. Such an exception is not, therefore, available for any purpose. On trials by jury the only subjects for exceptions are rulings at the trial. The motion for a new trial is a proceeding subsequent to the trial, and an order made on such motion is reviewable only by appeal. *Boos* v. *Insurance Co.,* 64 N. Y. 236; *Thurber* v. *Railroad Co.,* 60 N. Y. 326. The judgment must therefore be affirmed.

TRUAX, J., concurs.